In the Matter of the Accounting of NELLIE M. MAHANEY, as Executrix of JOHN WHALEN, Deceased.

MAY C. GODDARD et al., as Executors of MARGARET McD. CUNNINGHAM, Deceased, et al., Appellants; CHARLES J. JEWETT, etc., et al., Respondents.

(Argued March 19, 1935; decided April 17, 1935.)

*Thomas F. Morris* and *Wilber W. Chambers* for May C. Goddard *et al.*, as executors of Margaret McD. Cunningham, deceased, *et al.*, appellants.

*Frederick E. Klein*, as special guardian of Mary Fitzgerald *et al.*, appellants.

*James H. Tulley* and *Truman H. Luhrman* for John J. Whalen *et al.*, appellants.

*James H. Hickey* and *Daniel J. McGrath* for Marcella M. J. Holton, appellant.

*Ray H. Shoemaker* for respondents.

Order affirmed, with costs, payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.